**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS COMPLIANCE ASSOCIATES, INC., an Illinois corporation,<br><br>                Plaintiff,<br>v.<br><br>VINCENT J. DANNO, JR., an Individual,<br><br>                Defendant. | Case No.: 12-cv-10178<br>Judge Virginia M. Kendall |

**PLAINTIFF'S MOTION FOR ENTRY OF AGREED FINAL JUDGMENT
AND ORDER FOR PERMANENT INJUNCTION**

Plaintiff Thomas Compliance Associates, Inc., through counsel, respectfully submits this Motion for Entry of the Parties' agreed Final Judgment and Order for Permanent Injunction. The Parties reached an agreement to settle this matter, and executed that agreement in writing on August 21, 2013. As part of the settlement, the Parties agreed to submit to the Court the proposed Final Judgment and Order for Permanent Injunction, which is attached as Exhibit 1, and the Declaration of Vincent J. Danno, Jr., which is attached as Exhibit 2.

For those reasons, Plaintiff Thomas Compliance Associates, Inc., respectfully requests that the Court enter the attached proposed Final Judgment and Order for Permanent Injunction, and grant any further relief that justice requires.

                                          Respectfully submitted,

Dated: August 22, 2013         **THOMAS COMPLIANCE ASSOCIATES, INC.**

                                          By: **/s/ Renée L. Koehler**
                                              Renée L. Koehler
                                              Stephanie M. Dinkel
                                              Steven W. Jados
                                              KOEHLER & PASSARELLI, LLC
                                              900 S. Frontage Road, Suite 300
                                              Woodridge, Illinois 60517
                                              (630) 505-9939 Telephone
                                              (630) 505-9969 Facsimile
                                              rkoehler@k-pllc.com
                                              sdinkel@k-pllc.com
                                              sjados@k-pllc.com
                                              **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On August 22, 2013, I filed the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF AGREED FINAL JUDGMENT AND ORDER FOR PERMANENT INJUNCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>James J. Macchitelli
>Law Office of James J. Macchitelli
>1051 Perimeter Drive, Suite 400
>Schaumburg, Illinois 60173
>E-mail: jimmymacc@aol.com

>s/     **Renée L. Koehler**
>Renée L. Koehler
>KOEHLER & PASSARELLI, LLC
>900 S. Frontage Road, Suite 300
>Woodridge, Illinois  60517
>Telephone:  (630) 505-9939
>Facsimile:  (630) 505-9969
>E-mail:  rkoehler@k-pllc.com